UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JOHN E. THOMPSON,<br><br>  Plaintiff,<br><br>  v.<br><br>HEARTLAND RECREATIONAL VEHICLES, LLC,<br><br>  Defendant. | Case No. 3:23-CV-00413-CCB-SJF |

## ORDER

The parties reached a comprehensive settlement agreement on July 11, 2024, and were ordered to file dismissal papers by August 26, 2024. [DE 18.] Pending before the Court is a Joint Motion for Dismissal of Claims with Prejudice signed by counsel for both parties filed on August 15, 2024. [DE 20.] The Court construes the joint motion as a stipulation to dismiss.

Accordingly, pursuant to the Joint Motion for Dismissal of Claims with Prejudice [DE 20] and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court **GRANTS** the Joint Motion for Dismissal of Claims with Prejudice [DE 20] and this case is **DISMISSED** with prejudice. The Clerk is **DIRECTED** to close this case.

SO ORDERED.

August 16, 2024

  /s/*Cristal C. Brisco*
  CRISTAL C. BRISCO, JUDGE
  UNITED STATES DISTRICT COURT